# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JASKIRAT KAUR BRAR,<br><br>　　　　Defendant. | Case No. 1:22-cv-01317-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT<br><br>**DEADLINE: AUGUST 28. 2023** |

Plaintiff Hendrik Block ("Plaintiff") filed this action on October 14, 2022, against Defendant Jaskirat Kaur Brar, dba Mega Liquor ("Defendant"). (ECF No. 1.) On February 8, 2023, Plaintiff filed a motion for default judgment. (ECF No. 8) On March 30, 2023, the Court issued findings and recommendations to deny the motion, for inadequate service of the summons and complaint. (ECF No. 10.) While the findings and recommendations were pending before the District Judge, Defendant filed a notice of change of address. (ECF No. 12.) Arguing this filing demonstrated service, Plaintiff filed objections to the findings and recommendations. (ECF No. 13.) On July 27, 2023, the District Judge adopted the findings and recommendations in full and denied the motion for default judgment, finding that actual notice of a lawsuit is not the same as proper service, and Plaintiff had not met his burden to demonstrate service was properly effected in substantial compliance with Rule 4 at the time of service. (ECF No. 14.)

Accordingly, IT IS HEREBY ORDERED that **no later than August 28, 2023**, Plaintiff

1

shall file a status report on the status of this action and notice of the status of service on Defendant in this action.  Plaintiff is advised that failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **July 28, 2023**

UNITED STATES MAGISTRATE JUDGE