Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Hendrik Block

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>   Plaintiff,<br><br>   vs.<br><br>JASKIRAT KAUR BRAR, individually and dba MEGA LIQUOR,<br><br>   Defendant. | No. 1:22-cv-01317-ADA-SAB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

   WHEREAS, Defendant Jaskirat Kaur Brar, individually and dba Mega Liquor has not filed an answer or motion for summary judgment;

   WHEREAS, no counterclaim has been filed;

   Plaintiff hereby dismisses this action <u>without prejudice</u> pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).


Date: August 2, 2023                    MOORE LAW FIRM, P.C.


                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Hendrik Block